**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re: Carlos M. Cespedes & Sonya** | ) | **Chapter 11** |
| **Cespedes** | ) | **No. 12-45822** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

**FINAL REPORT OF DEBTORS AS DEBTORS-IN-POSSESSION UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE PURSUANT TO BANKRUPTCY RULE 1019(5)**

**I.      Cash**

(a)     Total cash receipts received during chapter 11 case (include cash on hand when the petition was filed).                    $ *73,812*

(b)     Total cash disbursements during chapter 11 case     $ *28,431*

(c)     Cash balance on hand at date of conversion          $ *45,381*

(d)     Is the cash balance on hand stated above subject to security interest? **NO**

(e)     If so, state the name and address of the secured creditor and the amount unpaid on the security agreement as of the date of conversion

<u>Name and Address of Secured Creditor</u>                    <u>Amount Unpaid</u>

        **NONE**

**II.     Accounts Receivable**

(a)     Total amount due the debtor from other entities on the date the case was converted to a chapter 7 case                    $ *0*

(b)     Is the account receivable balance stated above subject to a security interest? **NO**

(c)     If so, state the name and address of the secured creditor and the amount unpaid on the security agreement as the date of conversion

<u>Name and Address of Secured Creditor</u>                    <u>Amount Unpaid</u>

        **NONE**

(d)     Itemize below all accounts receivable due the debtors from other entities on the date the case was converted to a chapter 7 case:

Final Report

**III.**   **Accounts Payable**

(a)   Total unpaid debts incurred during chapter 11 case, including unsecured debts, secured debts, taxes, wages, administrative expenses, etc., but not including any pre-petition debts:   0

**IV.**   **Original Chapter 11 Assets**

Itemize below the assets of the debtors other than cash or accounts receivable on the date petition was filed that were disposed of during the chapter 11 case or that were retained but had a reduced or increased value on the date of conversion to a chapter 7 case:   None

| Description of Property | Value Scheduled in Schedules A-B-C | If disposed of, explain disposition | If retained, value on date of conversion |
|---|---|---|---|

**NONE**

**V.**   **New Chapter 11 Assets**

Itemize below the assets of the debtors other than cash or accounts that were acquired by the debtors during the chapter 11 case and that were disposed of during the chapter 11 case or that were retained as assets on on the date of conversion to a chapter 7 case:   None

| Description of property | Price paid for property | If disposed of, explain disposition | If retained, value on date of conversion |
|---|---|---|---|

**NONE**

2

Final Report

**VI.** **Executory Contracts and Unexpired Leases**

(a)   Rejected. List below the unexpired leases and other executory contracts that were rejected during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract:

**NONE**

(b)   New, assumed or not rejected. List below the unexpired leases and other executory contracts that were assumed or not rejected and the new executor contracts, including leases that were entered during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract:

**NONE**

Carlos M. Cespedes & Sonya Cespedes
Debtors and Debtors-in-Possession

By: /s/ Chester H. Foster, Jr.
    One of their Attorneys

Chester H. Foster, Jr.
Foster Legal Services, PLLC
3825 W. 192nd Street
Homewood, IL 60430
(708) 799-6300
A.R.D.C. # 03122632

3

Final Report