# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re: ) Chapter 7
    CARLOS M. CESPEDES, ) Case No. 12-45822
    SONYA CESPEDES, ) Honorable A. Benjamin Goldgar
               Debtor, )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
(Appendix to Rule 607)

**Name of Applicant:** Deborah Kanner Ebner, Trustee

**Authorized to Provide Professional Services to:** _____

**Date of Order Authorizing Employment:** _____

**Period for Which Compensation is Sought:** January 24, 2013 through close of the case

**Amount of Fees Sought:** $ 5,836.51
**Amount of Expense Reimbursement Sought:** $ 41.24

**This is an:** Interim Application _____   Final Application __X__

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed and Paid |
|---|---|---|---|
| Not Applicable | | | |

Applicant: Deborah K. Ebner, Trustee

Date: September 19, 2013

By: /s/Deborah K. Ebner
     Deborah K. Ebner, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| CARLOS M. CESPEDES, ) | Case No. 12-45822 |
| SONYA CESPEDES, ) | Honorable A. Benjamin Goldgar |
| Debtor, ) | |

### FIRST AND FINAL APPLICATION OF TRUSTEE FOR STATUTORY COMPENSATION AND EXPENSE REIMBURSEMENT

TO THE HONORABLE A. Benjamin Goldgar, Bankruptcy Judge:

NOW COMES Deborah K. Ebner, duly appointed qualified and acting Trustee in this proceeding, and pursuant to 11 USC Sections 326 and 330, tenders the following outline of services rendered in connection with the administration of this Estate and submits this request for statutory compensation and expense reimbursement:

### TRUSTEE SERVICES

I. TASKS

1. Prepared for 341 meeting;

2. Conducted 341 meeting;

3. Administered case;

4. Filed Initial Report of Trustee in Asset Case;

5. Filed Interim Property Record and Asset Reports;

6. Reviewed Claims;

7. Opened Bank Account;

8. Prepared Trustee's Final Report;

9. Prepared in connection with U.S. Trustee reviews, annual reports, discussions with USTO staff personnel, and discussions with creditors;

10. Anticipated posting and distribution of dividend checks;

11. Prepared and filed Final Account;

## II. EXPENSES ADVANCED

12. Attached as **Exhibit A** is an itemization of $41.24 in expenses advanced by Trustee during the course of this administration.

## III. STATUTORY TRUSTEE COMPENSATION CALCULATION

13. The maximum compensation allowable to Trustee pursuant to 11 U.S.C. § 326 of the Code, based upon the receipts and disbursements of $51,730.11 which is the aggregate of Estate's funds distributed to parties in interest other than the Debtors, is as follows:

| | |
|---|---|
| 25% of the first $5,000 | $ 1,250.00 |
| 10% of the next $45,000 | $ 4,500.00 |
| 5% of the next $950,000 | $     86.51 |
| Total allowable compensation | $ 5,836.51 |

## IV. COMPENSATION AND EXPENSE REIMBURSEMENT REQUEST

14. Trustee requests her statutory compensation in the amount of **$5,836.51** and expense reimbursement in the amount of **$41.24**.

## V. CONCLUSION

15. For the foregoing reasons, Trustee seeks **$5,836.51 in statutory compensation, and expense reimbursement in the amount to $41.24.**

Respectfully submitted,

By:  /s/Deborah K. Ebner, Trustee
     Deborah K. Ebner, Trustee

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

3