# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:                                        )   Chapter 7
    CARLOS M. CESPEDES,            )   Case No. 12-45822
    SONYA CESPEDES,                )   Honorable A. Benjamin Goldgar
            Debtors,       )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
(Appendix to Rule 607)

**Name of Applicant:** Law Offices of Deborah Kanner Ebner

**Authorized to Provide Professional Services to:** Trustee

**Date of Order Authorizing Employment:** September 9, 2013

**Period for Which Compensation is Sought:** September 9, 2013 through close of the case

**Amount of Fees Sought:** $1,738.00

**Amount of Expense Reimbursement Sought:** _____

**This is an:** Interim Application _____   Final Application __X__

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed and Paid |
|---|---|---|---|
| Not Applicable | | | |

Applicant: Law Office of Deborah Kanner Ebner

Date: September 19, 2013          By: /s/Deborah K. Ebner
                                                          Deborah K. Ebner, Esq.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| CARLOS M. CESPEDES, ) | Case No. 12-45822 |
| SONYA CESPEDES, ) | Honorable A. Benjamin Goldgar |
| Debtors, ) | |

### FIRST AND FINAL APPLICATION FOR THE LAW OFFICE OF
### DEBORAH KANNER EBNER FOR LEGAL COMPENSATION

NOW COMES Deborah K. Ebner ("Ebner") and as and for her Final Application for Legal Compensation pursuant to 11 U.S.C. § 330, duly states as follows:

1. Carlos M. Cespedes and Sonya Cespedes (the "Debtors") filed their voluntary chapter 11 bankruptcy petition ("the Case") on or about November 19, 2012.

2. The Case was converted to a chapter 7 bankruptcy petition on or about January 24, 2013

3. Deborah K. Ebner is the duly appointed and acting Trustee of the Debtor's chapter 7 case as of January 24, 2013.

4. On or about September 18, 2013, pursuant to an Order of this Court, Trustee was authorized to employ herself, the Law Office of Deborah Kanner Ebner and her Of Counsel affiliates ("Ebner Law Office") as and for general Counsel effective September 9, 2013. A copy of the Order authorizing the employment of Ebner Law Office is attached hereto as **Exhibit A**.

5. Ebner is an Attorney who has been duly licensed by the State of Illinois for more than thirty years, and has concentrated her practice in the area of bankruptcy law for almost all of those years. During the Application Period, Ebner has rendered 4.4 hours of legal services on behalf of the Trustee for which compensation is requested in the amount of $1,738.00.

6. This Application represents the first and final application Ebner Law Office has filed in this case.

### Services Rendered

7. Since September 9, 2013 through present ("Application Period"), Ebner Law Office has rendered 4.4 hours of legal services on behalf of the Trustee. For these services, Ebner Law Office seeks $1,738.00 as and for legal compensation. Legal services for which Ebner Law Office presently seeks compensation are categorized in the following categories: Fee/Employment Application and Claims Administration. Summarized below by category are the services rendered by Ebner Law Office during the period covered by this Application:

7.1 <u>Fee/Employment Applications:</u> Ebner Law Office prepared and presented Trustee's Motions to Employ herself, Dennis E. Quaid and Linda M Kujaca, all of whom are attorneys duly licensed and authorized to practice law in the State of Illinois. Ebner Law Office spent 1.8 hours for which it requests allowance and payment of final compensation in the amount of $711.00 for service in this category.

7.2 <u>Claims Administration:</u> Ebner Law Office prepared and prosecuted objections to claims against the estate. Ebner Law Office spent 2.6 hours for which it requests allowance and payment of final compensation in the amount of $1,027.00 for service rendered in this category.

8. An itemized and detailed statement of the services rendered by Ebner Law Office during the Application period, by category, is attached hereto as **Exhibit B** and is summarized (by attorney [or paralegal] performing the work) as follows:

| Attorney | Hours | Fees |
|---|---|---|
| Deborah K. Ebner | 4.40 | $1,738.00 |

**TOTAL LEGAL COMPENSATION SOUGHT: $1,738.00**

9. Ebner Law Office regularly made and kept records of services on behalf of the Trustee, including a summary or description of the services rendered, the date the services were rendered, the attorney or paralegal who rendered the services, and the time expended to render

3

the services, in one-tenth hour increments.

10. The records were made by the attorney or paralegal who rendered the services at or about the time the services were rendered, by means of direct entry into a computerized time and billing system maintained by the Ebner Law Office.

11. Ebner Law Office asks this Court to award final compensation in the amount of $1,738.00 for 4.40 hours of service which the firm has rendered during the Application Period on behalf of Trustee. The award Ebner Law Office seeks represents an average rate of compensation of $395.00 per hour.

12. All services for which Ebner Law Office seeks compensation hereunder were rendered solely on behalf of the Trustee.

13. The rates of compensation sought by Ebner Law Office for services rendered to the Trustee are <u>well</u> within the parameters of the rates other attorneys of similar experience, expertise and reputation generally seeks as compensation for comparable services rendered in connection with the bankruptcy proceedings within this District.

14. Ebner Law Office has no agreement or understanding with any person, firm or entity with respect to any determination about the amount of compensation or reimbursement it shall receive for services rendered or expenses incurred on behalf of the Trustee.

15. No person, firm or entity has promised to provide Ebner Law Office any compensation or reimbursement for services rendered or expenses incurred on behalf of the Trustee. The exclusive source of such compensation and reimbursement, if any shall be the available funds of the Estate.

16. Except as permitted by Section 504(b) of the Bankruptcy Code, Ebner Law Office has neither shared nor agreed to share with any person, firm or entity, any compensation or

reimbursement it may receive for services rendered or expenses incurred on behalf of the Trustee.

**WHEREFORE**, Applicant Deborah K. Ebner of the Law Office of Deborah Kanner Ebner, respectfully asks this Honorable Court to grant relief, after hearing upon due and proper notice, as follows:

I. To award the Law Office of Deborah Kanner Ebner final compensation in the amount of $1,738.00;

II. To allow, and order the Trustee to disburse to Ebner Law Office the foregoing compensation award and expenses allowed; and

III. To grant Ebner Law Office such other and further relief as the Court upon hearing shall deem just and equitable.

Respectfully submitted,
Law Office of Deborah K. Ebner

By:   /s/Deborah K. Ebner
Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838