# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: CESPEDES, CARLOS M<br>　　　　CESPEDES, SONYA<br><br>Debtor(s) | § Case No. 12-45822<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>DEBORAH K. EBNER</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

　　　The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
　　219 S. Dearborn St., 7th Floor, Chicago, IL 60604

　　　Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:00am on 11/27/2013 in Courtroom 642, United States Courthouse,
219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

　　Date Mailed:  10/22/2013　　　　　By:  /s/DEBORAH K. EBNER
　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: CESPEDES, CARLOS M | § | Case No. 12-45822 |
| CESPEDES, SONYA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 51,730.11 |
| *and approved disbursements of* | $ 358.31 |
| *leaving a balance on hand of* [1] | $ 51,371.80 |
| **Balance on hand:** | $ 51,371.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 51,371.80 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K Ebner, TRUSTEE | 5,836.51 | 0.00 | 5,836.51 |
| Trustee, Expenses - DEBORAH K. EBNER | 41.24 | 0.00 | 41.24 |
| Attorney for Trustee, Fees - Law Office of Deborah Kanner Ebner | 1,738.00 | 0.00 | 1,738.00 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,940.75 |
| Remaining balance: | $ 43,431.05 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 43,431.05 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $64,200.93 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 2,985.00 | 0.00 | 2,019.32 |
| 10 | Illinois Department of Revenue | 8,810.00 | 0.00 | 5,959.84 |
| 12 | Internal Revenue Service | 46,335.00 | 0.00 | 31,344.99 |
| 13 | Internal Revenue Service | 6,070.93 | 0.00 | 4,106.90 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 43,431.05 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,304.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 3,091.12 | 0.00 | 0.00 |
| 3 | US BANK N.A. | 75.29 | 0.00 | 0.00 |
| 6 | American Express Centurion Bank | 22,779.46 | 0.00 | 0.00 |
| 7 | Centier Bank | 38,533.29 | 0.00 | 0.00 |
| 11 | Salie Mae | 52,824.98 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Case 12-45822   Doc 97   Filed 10/24/13   Entered 10/26/13 23:38:49   Desc Imaged
Certificate of Notice   Page 4 of 6

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-45822-ABG
Carlos M Cespedes                                                         Chapter 7
Sonya Cespedes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon              Page 1 of 2              Date Rcvd: Oct 24, 2013
                              Form ID: pdf006            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2013.
db/jdb       +Carlos M Cespedes,    Sonya Cespedes,    1613 S. Ashland Ave.,    Park Ridge, IL 60068-5468
19713102     +Adam D. Decker,    10200 Broadway,    Crown Point, IN 46307-8559
19713103     +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
19891688      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19713104     +Caf/Carmax Auto Finance,    Attn: Bankruptcy,    225 Chastain Meadows Ct.,
               Kennesaw, GA 30144-5942
19713105     +Centier Bank,    C/O James M Yannakopoulos Koransky,    Bouwer & Poracky P C,
               425 Joliet Street Suite 425,    Dyer, IN 46311-1772
19713106     +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
19713108     +Ernest J Codilis, Jr.,    15W030 N Frontage Rd,    Willowbrook, IL 60527-6921
19946417      FIRSTMERIT BANK,N.A.,    III CASCADE PLAZA,CAS36,    AKRON, OH 44308
19713109     +First Merit Bank,    Weltman Wienberg & Reis Co, LPA,    180 N Lasalle Street Suite 2400,
               Chicago, IL 60601-2704
19713110     +First Merit f/k/a George Washington,    14701 S. Lagrange Road,    Orland Park, IL 60462-3226
19755451     +GMAC Mortgage, LLC,    Attn Bankruptcy,    1100 Virginia Drive,    Fort Washington, PA 19034-3204
19713111     +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
20394678      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
19713112      Illinois Department of Revenue,    P.O. Box 19045,    Springfield, IL 62794-9045
19713115     +Samalex, LLC,    1613 S. Ashland,    Park Ridge, IL 60068-5468
20309526     +Title Lenders Inc,    790 Estate Drive Suite 100,    Deerfield, IL 60015-4884
19713116     +Title Lenders, Inc,    d/b/a Payday Loans,    9572 N. Potter Rd.,    Des Plaines, IL 60016-3887
19779090    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
19713118      Waste Management,    PO Box 9001054,    Louisville, KY 40290-1054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19713107     +E-mail/Text: lbankruptcy@cookcountytreasurer.com Oct 25 2013 00:46:16     Cook County Treasurer,
               118 N. Clark Street,    Suite 112,    Chicago, IL 60602-1590
19713113      E-mail/Text: cio.bncmail@irs.gov Oct 25 2013 00:44:42      Internal Revenue Service,    PO Box 2116,
               Philadelphia, PA 19103-0116
19713114      E-mail/Text: cio.bncmail@irs.gov Oct 25 2013 00:44:42      Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
20041871     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 25 2013 00:45:22     Office of the U.S. Trustee,
               219 S. Dearborn St,    Room 873,    Chicago, IL 60604-2027
20472317     +E-mail/PDF: pa_dc_claims@salliemae.com Oct 25 2013 00:48:14      Salie Mae,    c/o Sallie Mae Inc.,
               220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
19713119     +E-mail/Text: BKRMailOps@weltman.com Oct 25 2013 00:45:42     Weltman Weinberg & Reis,
               180 N. LaSalle St #240,    Chicago, IL 60601-2704
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Law Office of Deborah Kanner Ebner
19713117*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank,    Po Box 5227,    Cincinnati, OH 45201)
                                                                                               TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2013                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: kseldon              Page 2 of 2              Date Rcvd: Oct 24, 2013
                              Form ID: pdf006            Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2013 at the address(es) listed below:

              Chester H. Foster, Jr.    on behalf of Joint Debtor Sonya  Cespedes chf@fosterlegalsvcs.com,
               dbf@fosterlegalservices.com
              Chester H. Foster, Jr.    on behalf of Debtor Carlos M Cespedes chf@fosterlegalsvcs.com,
               dbf@fosterlegalservices.com
              Deborah  Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah  Kanner Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah K Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              James M Yannakopoulos    on behalf of Creditor   Centier Bank jyannako@kblegal.net
              Jose G Moreno    on behalf of Creditor   GMAC Mortgage, LLC (successor by merger to GMAC Mortgage
               Corporation) nd-one@il.cslegal.com
              Jose G Moreno    on behalf of Creditor   GMAC Mortgage, LLC nd-one@il.cslegal.com
              Kimberly  Bacher    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               Kathryn.M.Gleason@usdoj.gov
              Monette W Cope    on behalf of Creditor   First Merit Bank, N.A. ecfnil@weltman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 11