# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: CESPEDES, CARLOS M  
      CESPEDES, SONYA

Case No.  12-45822

Chapter   7

_____ ,

Debtors

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $1,056,329.23  
*(without deducting any secured claims)*

Assets Exempt:  $165,384.09

Total Distribution to Claimants: $43,431.05

Claims Discharged  
Without Payment: $123,884.01

Total Expenses of Administration: $8,299.06

3)  Total gross receipts of $      51,730.11    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $         0.00    (see **Exhibit 2**), yielded net receipts of  $51,730.11 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,091,357.30 | $1,124,299.24 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,299.06 | 8,299.06 | 8,299.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 80,466.00 | 64,200.93 | 64,200.93 | 43,431.05 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 126,602.00 | 117,304.14 | 117,304.14 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,298,425.30 | $1,314,103.37 | $189,804.13 | $51,730.11 |

4)  This case was originally filed under Chapter 7 on November 19, 2012. The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:_06/11/2014_____   By:__/s/DEBORAH K. EBNER, Trustee_____
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking, savings or other financial accounts, c | 1129-000 | 45,381.00 |
| Interests in an education IRA as defined in 26 U | 1129-000 | 6,349.11 |
| **TOTAL GROSS RECEIPTS** | | $51,730.11 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | GMAC Mortgage, LLC | 4110-000 | 405,700.00 | 420,076.72 | 0.00 | 0.00 |
| 4 | Cook County Treasurer | 4110-000 | 4,438.30 | 4,114.56 | 0.00 | 0.00 |
| 5 | First Merit Bank | 4110-000 | 678,124.00 | 698,051.10 | 0.00 | 0.00 |
| 9 | Title Lenders Inc | 4110-000 | 3,095.00 | 2,056.86 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,091,357.30 | $1,124,299.24 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K Ebner, TRUSTEE | 2100-000 | N/A | 5,836.51 | 5,836.51 | 5,836.51 |
| DEBORAH K. EBNER | 2200-000 | N/A | 41.24 | 41.24 | 41.24 |
| Law Office of Deborah Kanner Ebner | 3110-000 | N/A | 1,738.00 | 1,738.00 | 1,738.00 |
| Office of US Trustee | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.23 | 15.23 | 15.23 |
| Rabobank, N.A. | 2600-000 | N/A | 69.60 | 69.60 | 69.60 |
| Rabobank, N.A. | 2600-000 | N/A | 67.32 | 67.32 | 67.32 |
| Rabobank, N.A. | 2600-000 | N/A | 60.71 | 60.71 | 60.71 |
| Rabobank, N.A. | 2600-000 | N/A | 71.46 | 71.46 | 71.46 |
| Rabobank, N.A. | 2600-000 | N/A | 73.99 | 73.99 | 73.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,299.06 | $8,299.06 | $8,299.06 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | N/A | 2,985.00 | 2,985.00 | 2,019.32 |
| 10 | Illinois Department of Revenue | 5800-000 | 12,466.00 | 8,810.00 | 8,810.00 | 5,959.84 |
| 12 | Internal Revenue Service | 5800-000 | 62,000.00 | 46,335.00 | 46,335.00 | 31,344.99 |
| 13 | Internal Revenue Service | 5800-000 | 6,000.00 | 6,070.93 | 6,070.93 | 4,106.90 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $80,466.00 | $64,200.93 | $64,200.93 | $43,431.05 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 3,091.12 | 3,091.12 | 0.00 |
| 3 | US BANK N.A. | 7100-000 | unknown | 75.29 | 75.29 | 0.00 |
| 6 | American Express Centurion Bank | 7100-000 | 22,779.00 | 22,779.46 | 22,779.46 | 0.00 |
| 7 | Centier Bank | 7100-000 | 48,575.00 | 38,533.29 | 38,533.29 | 0.00 |
| 11 | Salie Mae | 7100-000 | 54,448.00 | 52,824.98 | 52,824.98 | 0.00 |
| NOTFILED | Caf/Carmax Auto Finance | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | First Merit f/k/a George Washington | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $126,602.00 | $117,304.14 | $117,304.14 | $0.00 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-45822 | **Trustee:** (330480) DEBORAH K. EBNER, Trustee |
| **Case Name:** CESPEDES, CARLOS M | **Filed (f) or Converted (c):** 01/23/13 (c) |
| CESPEDES, SONYA | **§341(a) Meeting Date:** 02/19/13 |
| **Period Ending:** 06/11/14 | **Claims Bar Date:** 06/28/13 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Homestead location: 1613 Ashland Ave., Park Ridg | 865,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c | 0.00 | 0.00 | | 45,381.00 | FA |
| 3 | Checking, savings or other financial accounts, c | 12,105.00 | 0.00 | | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c | 240.99 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furnishings, including audio | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel. | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Furs and jewelry. | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | Interests in an education IRA as defined in 26 U | 3,200.85 | 0.00 | | 6,349.11 | FA |
| 9 | Interests in an education IRA as defined in 26 U | 10,338.30 | 0.00 | | 0.00 | FA |
| 10 | Interests in IRA, ERISA, Keogh, or other pension | 138,544.94 | 0.00 | | 0.00 | FA |
| 11 | Stock and interests in incorporated and unincorp | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Accounts receivable. | 13,600.00 | 0.00 | | 0.00 | FA |
| 13 | Automobiles, trucks, trailers and other vehicles | 4,000.00 | 0.00 | | 0.00 | FA |
| 14 | Automobiles, trucks, trailers and other vehicles | 5,000.00 | 0.00 | | 0.00 | FA |
| **14** | **Assets** **Totals** (Excluding unknown values) | **$1,059,530.08** | **$0.00** | | **$51,730.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Trustee is in process of calculating recovery available to the Estate of avoidance action.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2018  **Current Projected Date Of Final Report (TFR):**  October 23, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-45822 | **Trustee:** DEBORAH K. EBNER, Trustee (330480) |
| **Case Name:** CESPEDES, CARLOS M | **Bank Name:** Rabobank, N.A. |
| CESPEDES, SONYA | **Account:** ******7266 - Checking Account |
| **Taxpayer ID #:** **-***8989 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 06/11/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/19/13 | {2} | Carlos M. Cespedes | | 1129-000 | 45,381.00 | | 45,381.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.23 | 45,365.77 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 69.60 | 45,296.17 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.32 | 45,228.85 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.71 | 45,168.14 |
| 07/30/13 | {8} | Dr. Carlos Cespedes | Debtor voluntarily turned over amounts calculated by Trustee to be fraudulent transfers into exempt accounts. | 1129-000 | 6,349.11 | | 51,517.25 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.46 | 51,445.79 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.99 | 51,371.80 |
| 11/26/13 | 107 | Internal Revenue Service | Dividend paid  67.64% on $46,335.00; Claim# 12; Filed: $46,335.00; Reference: Voided: check issued on 11/27/13 | 5800-000 | | -31,344.99 | 82,716.79 |
| 11/26/13 | 108 | Internal Revenue Service | Dividend paid  67.64% on $6,070.93; Claim# 13; Filed: $6,070.93; Reference: Voided: check issued on 11/27/13 | 5800-000 | | -4,106.90 | 86,823.69 |
| 11/26/13 | 110 | Internal Revenue Service | Voided: check issued on 11/27/13 | 5800-000 | | -4,106.90 | 90,930.59 |
| 11/27/13 | 101 | Deborah K Ebner, TRUSTEE | Dividend paid 100.00% on $5,836.51, Trustee Compensation;  Reference: | 2100-000 | | 5,836.51 | 85,094.08 |
| 11/27/13 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $41.24, Trustee Expenses;  Reference: | 2200-000 | | 41.24 | 85,052.84 |
| 11/27/13 | 103 | Law Office of Deborah Kanner Ebner | Dividend paid 100.00% on $1,738.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,738.00 | 83,314.84 |
| 11/27/13 | 104 | Office of US Trustee | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees;  Reference: OFFICE OF US TRUSTEE | 2950-000 | | 325.00 | 82,989.84 |
| 11/27/13 | 105 | Internal Revenue Service | Dividend paid  67.64% on $2,985.00; Claim# 1P; Filed: $2,985.00; Reference: Stopped on 05/07/14 | 5800-000 | | 2,019.32 | 80,970.52 |
| 11/27/13 | 106 | Illinois Department of Revenue | Dividend paid  67.64% on $8,810.00; Claim# 10; Filed: $8,810.00; Reference: | 5800-000 | | 5,959.84 | 75,010.68 |
| 11/27/13 | 107 | Internal Revenue Service | Dividend paid  67.64% on $46,335.00; Claim# 12; Filed: $46,335.00; Reference: Voided on 11/26/13 | 5800-000 | | 31,344.99 | 43,665.69 |
| 11/27/13 | 108 | Internal Revenue Service | Dividend paid  67.64% on $6,070.93; Claim# 13; Filed: $6,070.93; Reference: Voided on 11/26/13 | 5800-000 | | 4,106.90 | 39,558.79 |
| 11/27/13 | 109 | Internal Revenue Service | | 5800-000 | | 31,344.99 | 8,213.80 |
| | | | Subtotals : | | $51,730.11 | $43,516.31 | |

{} Asset reference(s)

Printed: 06/11/2014 11:31 PM   V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-45822 | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | CESPEDES, CARLOS M | | Bank Name: | Rabobank, N.A. |
| | CESPEDES, SONYA | | Account: | ******7266 - Checking Account |
| Taxpayer ID #: | **-***8989 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/11/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/27/13 | 110 | Internal Revenue Service | Voided on 11/26/13 | 5800-000 | | 4,106.90 | 4,106.90 |
| 11/27/13 | 111 | Internal Revenue Service | | 5800-000 | | 4,106.90 | 0.00 |
| 05/07/14 | 105 | Internal Revenue Service | Dividend paid  67.64% on $2,985.00; Claim# 1P; Filed: $2,985.00; Reference: Stopped: check issued on 11/27/13 | 5800-000 | | -2,019.32 | 2,019.32 |
| 05/07/14 | 112 | Internal Revenue Service | Voided on 05/07/14 | 5800-000 | | 2,019.32 | 0.00 |
| 05/07/14 | 112 | Internal Revenue Service | Voided: check issued on 05/07/14 | 5800-000 | | -2,019.32 | 2,019.32 |
| 05/07/14 | 113 | Internal Revenue Service | | 5800-000 | | 2,019.32 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 51,730.11 | 51,730.11 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 51,730.11 | 51,730.11 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $51,730.11 | $51,730.11 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******7266 | 51,730.11 | 51,730.11 | 0.00 |
| | $51,730.11 | $51,730.11 | $0.00 |

{} Asset reference(s)

Printed: 06/11/2014 11:31 PM    V.13.15